Daniel J. Donovan, Providence, for defendant.

A. Lauriston Parks, Providence, for respondent.

### ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

### ORDER

The petition for writ of certiorari is denied.

## NORTHEAST PETROLEUM CORPORATION

v.

### John H. NORBERG.

### No. 81–472–M.P.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Hinckley, Allen, Salisbury & Parsons, H. Peter Olsen, Mark A. Dingley, Providence, for plaintiff-respondent.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer, Division of Taxation, Providence, for defendant-petitioner.

### MENARD FORD SALES, INC.

v.

### Arthur ENTWISTLE.

### No. 81–462–A.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Phillip C. Koutsogiane, Woonsocket, for plaintiff.

John E. Fornaro, Jr., Greenville, for defendant.

### ORDER

The plaintiff's motion to dismiss defendant's appeal as prayed is granted.

### ORDER

The petition for writ of certiorari is granted.

### Marilyn KELLY

v.

### Robert V. KALIAN.

### No. 81–67–M.P.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Barry H. Best, Rhode Island Legal Services, Inc., Providence, for petitioner.

### Reynold PANICCIA

v.

### Claudette WEISSINGER.

### No. 79–464–A.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Alan T. Dworkin, Providence, for plaintiff.